FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 JUN -8 PM 4: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| DARIUS D. LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 96-2520 Ml |
| | ) | |
| SHELBY COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF CORRECTION

The Court hereby corrects the Opinion Finding Defendants in Contempt of Court issued on December 22, 2000, (Docket No. 233.), as follows: the word "Thomas" appearing on the twentieth line of page twenty shall be replaced with the word "Taylor." The Court has attached a corrected version of page twenty of the December 22, 2000, opinion as Appendix A. The Clerk is hereby ORDERED to replace page twenty of the December 22, 2000, opinion with the corrected version attached as Appendix A.

So ORDERED this 8th day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

833

**APPENDIX A**

on their posts when the Thunderdome fights happened, were on the post and did not stop the fights, or were asleep on the post. (Tr. at 53-54, 56, 67-68, 96-97, 104-05, 115, 124, 126, 148, 160-61.)

The testimony revealed that the non-gang members are afraid of the gang members. In the vast majority of the incidents where an inmate is beaten by a gang member, the victim will not press charges for fear of retaliation by the gang. (Tr. at 59-60, 106-09, 413.) Even when the inmates do press charges, often nothing is done because the disciplinary office is routinely closed due to staff shortages. (Tr. at 287-89, 665-69, 854.) If a hearing is not held on an incident report within 72 hours, the charges are dropped. (Tr. at 287-88, 661-63.) It is common knowledge among the inmates and guards that many of the incident reports are never acted upon. (Tr. at 287-89, 851-52.)

In addition to inmates being intimidated by gang members, many guards are likewise afraid of gang members. (Tr. at 298-99, 851-53.) This fear often causes the guards to refrain from punishing the inmates or writing up the inmates for violations. (Tr. at 851-53.) Many guards are intimidated by the gang members because of the murder of Sergeant Dedrick Taylor who was killed by gang members outside the jail as a result of a "hit" that had been ordered from a phone in a pod within the Jail. (Tr. at 298, 856.) This fear of inmates often makes controlling the inmates difficult and increases the risk to other inmates of physical violence. (Tr.

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 833 in case 2:96-CV-02520 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Kathleen Spruill
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT