IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 30 PM 3:16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DARIUS D. LITTLE, ) | |
| Plaintiff, ) | |
| v. ) | No. 96-2520 Ml |
| SHELBY COUNTY, TENNESSEE, ) et al., ) | |
| Defendants. ) | |

### ORDER OF CORRECTION

The Court hereby corrects the Order and Opinion Purging Defendants of Contempt, filed on June 16, 2005, (Docket No. 836.), as follows: (1) the word "procedures" appearing on the tenth line of page seventeen shall be replaced with the word "procedure;" and (2) the word "Documents" appearing on the twenty-fifth line of the Index to Appendices shall be replaced with the word "documents." The Court has attached a corrected version of page seventeen and the Index to Appendices of the June 16, 2005, Order and Opinion as Appendices A and B respectively. The Clerk is hereby ORDERED to replace page seventeen and the Index to Appendices of the June 16, 2005, Order and Opinion with the corrected versions attached as Appendices A and B.

So ORDERED this 30th day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on _____ 7-1-05





# Notice of Distribution

This notice confirms a copy of the document docketed as number 842 in case 2:96-CV-02520 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Kathleen Spruill
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT