IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN 30 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| DARIUS D. LITTLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 96-2520 Ml |
| SHELBY COUNTY, TENNESSEE, et al., | ) |
| Defendants. | ) |

## ORDER FOLLOWING STATUS CONFERENCE

The Court held a status conference on Thursday, June 30, 2005, to discuss the resolution of all matters in this case. During the conference, the parties agreed that the Court should enter a final judgment dismissing the case. Further the parties agreed, and the Court hereby ORDERS, that any supplemental petition for attorney's fees shall be submitted within thirty (30) days from the date of entry of this order. In addition, the Court DISCHARGES the Special Master in this case, Charles Glover Fisher, V., and the Assistants to the Special Master, Wanda J. Kilgore-Schneider and Curtis J. Shumpert. The Special Master and Assistants to the Special Master shall submit their final billing requests for expenses incurred in connection with this matter up to the date of this order within thirty (30) days from the date of entry of this order.

So ORDERED this 30th day of June, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 7-1-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 843 in case 2:96-CV-02520 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Kathleen Spruill
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT