IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 25 PM 3: 30

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

DARIUS D. LITTLE,

    Plaintiff,

vs.

SHELBY COUNTY, TENNESSEE;
A.C. GILLESS, individually and
in his official capacity as
Sheriff of Shelby County,
Tennessee; DENNIS DOWD,
individually and in his official
capacity as Chief Jailer of
Shelby County; and JIM ROUT,
individually and in his official
capacity as Mayor of Shelby County,

Civil Action No. 96-2520 MI

## CONSENT ORDER AWARDING INTERIM PAYMENT OF ATTORNEYS FEES AND EXPENSES

    IT APPEARING TO THE COURT that Plaintiffs' counsel have submitted to the Defendants a statement seeking $1,107.00 in attorneys fees, and $5.00 in expenses (total $1,112.00) for work performed in the above referenced case from May 1, 2005 through June 30, 2005.

    IT FURTHER APPEARING TO THE COURT that by its order dated June 5, 2001, this Court found Plaintiffs' counsel are entitled to attorneys fees and expenses for litigating this case. Plaintiffs' counsel are further entitled to interim payment of attorneys fees and expenses.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-26-05


846

IT FURTHER APPEARING TO THE COURT that by this Court's order dated June 5, 2001, this Court held that the Prison Litigation Reform Act, 42 U.S.C. §1997(e), ("P.L.R.A.") is applicable to these proceedings. The P.L.R.A. limits the hourly rate awarded to Plaintiff's counsel for attorneys fees to 150 percent of the hourly rate established under §3006A of Title 18, for payment of court appointed counsel in indigent criminal defense cases. By Order entered June 27, 2002, this Court acknowledged that the appropriate rate of compensation under the P.L.R.A. is currently $135.00 per hour.

IT FURTHER APPEARING TO THE COURT that the parties consent that the above requested fees and expenses are reasonable and owed to Plaintiffs' counsel, and are calculated at rates authorized by the P.L.R.A.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by consent, that Defendants shall promptly pay the law firm of Glankler Brown, PLLC, the total sum of $1,112.00 for interim attorneys fees and expenses for work performed in this case from May 1, 2005 through June 30, 2005.

IT IS SO ORDERED BY CONSENT this 25 day of July, 2005.

Jon P. M'Call
HONORABLE JON P. MCCALLA
United States District Judge

We consent:

*[signature]*
Robert Hutton
Lead Counsel for Plaintiffs

*[signature]*
Debra Fessenden, Assistant Shelby County Attorney
Attorney for Defendants

F:\CLIENTS\LITTLE, DARIUS (18012)\PLEADING\consentorder for fees January throughApril 2005.doc

- 3 -

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 846 in case 2:96-CV-02520 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Kathleen Spruill
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT