IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -9 PM 2:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

DARIUS D. LITTLE,               )
                               )
        Plaintiff,             )
                               )
v.                             )   No. 96-2520 Ml/P
                               )
SHELBY COUNTY, TENNESSEE,      )
et al.,                        )
                               )
        Defendants.            )
                               )

## ORDER DIRECTING CLERK TO DISBURSE FUNDS

The Assistant to the Special Master in this case, Wanda J. Kilgore-Schneider, has submitted an invoices for fees and expenses incurred in connection with this matter for the months of October, November, and December of 2004, in the amounts of $5,740.62, $4,129.28, and $3,851.47. Accordingly, the Clerk of Court is directed to send the total amount of $13,721.37 to the Assistant Special Master, Wanda J. Kilgore-Schneider at, 65 Sunhaven Drive, Jackson, Tennessee, 38305.

IT IS SO ORDERED THIS ___ DAY OF August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___8-9-05___

849

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 849 in case 2:96-CV-02520 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Kathleen Spruill
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT