IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⟨signature⟩ D.C.

05 AUG -9 PM 2:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| DARIUS D. LITTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 96-2520 Ml/A |
| | ) | |
| SHELBY COUNTY, TENNESSEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

---

ORDER DIRECTING CLERK TO DISBURSE FUNDS

---

The Assistant to the Special Master in this case, Curtis J. Shumpert, has submitted invoices for fees and expenses incurred in connection with this matter in the amount of $22,658.00 for the following months in 2003:

|  |  |
|---|---|
| October: | $2,450.00 |
| November: | $2,420.00 |
| December: | $2,450.00 |

and for the following months in 2004:

|  |  |
|---|---|
| January: | $2,676.00 |
| February: | $1,985.00 |
| March: | $1,635.00 |
| April: | $2,230.00 |
| May: | $1,520.00 |
| June: | $1,321.00 |
| July: | $1,015.00 |
| August: | $1,426.00 |
| September: | $1,500.00 |

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _8-9-05_

⟨circled handwritten: 851⟩

Accordingly, the Clerk of Court is directed to send the sum of $22,658.00 to the Assistant Special Master, Curtis J. Shumpert at, 3277 McCorkle Road, Memphis, Tennessee, 38116.

IT IS SO ORDERED THIS _____ DAY OF August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 851 in case 2:96-CV-02520 was distributed by fax, mail, or direct printing on August 9, 2005 to the parties listed.

---

Brian L. Kuhn
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Debra L. Fessenden
SHELBY COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Adam F. Glankler
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Murray B. Wells
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Arthur E. Horne
HORNE GILLULY & WELLS, PLLC
81 Monroe Ave.
Ste. 400
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Kathleen Spruill
COUNTY ATTORNEY'S OFFICE
160 N. Main Street
Ste. 660
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT